IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GEORGE ABILA,

    Plaintiff,

v.                                                              No. 14-cv-1002 JB/SMV

SHAWN FUNK, LEZLIE DUCKETT, and
KAY YOUNGMAN.

    Defendants.

**ORDER VACATING AND RESETTING**
**TELEPHONIC STATUS CONFERENCE**

    **Date and time**:      May 24, 2016, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

The telephonic status conference set for February 3, 2016, is **VACATED** and **RESET** for **May 24, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.