IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE ABILA,

    Plaintiff,

v.                                      No. 2:14-CV-01002 JB/SMV

SHAWN FUNK, and TODD BANNISTER

    Defendants.

**PLAINITFF'S MOTION TO EXTEND THE PAGE LIMIT ON HIS
MOTION AND MEMORANDUM IN SUPPORT OF SUMMARY
JUDGMENT FOR INHUMANE CONDITIONS OF CONFINEMENT**

COMES NOW Plaintiff, by and through his Attorneys, Matthew E. Coyte and Jack Bennett Jacks, and moves to extend the page limit on his Motion and Memorandum in Support of Summary Judgment for Inhumane Conditions of Confinement. In support of his Motion, Plaintiff states the following:

1. Plaintiff's exhibits in support of his Motion for Summary Judgment exceed the 50-page limit set by Federal Local Rule 10.5.

2. In order to address the issues essential to Plaintiff's Motion for Summary Judgment, Plaintiff requests permission to exceed the ordinary page limits on Motions and exhibits.

4. Counsel for Defendants has been contacted and does not object to Plaintiff's requests.

WHEREFORE Plaintiff respectfully requests the Court to allow Plaintiff to file [75] pages of exhibits to his Motion and Memorandum in Support of Summary Judgment for Inhumane Conditions of Confinement.

                                          Respectfully Submitted,

                                          /s/ Matthew E. Coyte, Esq.
                                          Matthew E. Coyte
                                          201 Third Street NW, Ste. 1920
                                          Albuquerque, N.M.  87102
                                          Telephone: (505) 244-3030

Jack Bennett Jacks
201 Third Street NW, Ste. 1920
Albuquerque, N.M.  87102
(505) 463-1021

*Attorneys for Plaintiff*

  I HEREBY CERTIFY that on the 6th day of September, 2016, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means:


  /s/ Matthew E. Coyte
  Matthew E. Coyte

2