IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GEORGE ABILA,

      Plaintiff,

v.                                                No. CIV 14-1002 JB/SMV

BOARD OF COUNTY COMMISSIONERS
OF EDDY COUNTY,

      Defendants.

**ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT BOARD OF COUNTY COMMISSIONERS OF EDDY COUNTY**

THIS MATTER having come before the Court upon the Unopposed Motion to Dismiss All Claims Against Defendant Board of County Commissioners of Eddy County, and the Court having been advised that the parties have reached a settlement agreement;

THE COURT FINDS that it has jurisdiction over the parties and the subject matter involved herein and that the Motion is well taken and should be granted.

WHEREFORE, it is Ordered, Adjudged, and Decreed that all claims have been brought or could have been brought by Plaintiff in the above entitled and numbered cause of action are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

COYTE LAW P.C.

/s/ Matthew E. Coyte
Matthew E. Coyte
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 244-3030

- 2 -

Jack B. Jacks
Law Office of Jack Bennett Jacks
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 247-1800
*Attorneys for Plaintiff*

--AND--


ROBLES, RAEL & ANAYA, P.C.


<u>Electronically approved 1/10/17</u>
Luis Robles
Lindsay Drennan
Attorneys for County Defendants
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228

- 2 -